AO91 (Rev. 12/03)   Criminal Complaint                                              AUSA

# UNITED STATES DISTRICT COURT

Southern District Of Texas McAllen Division

**UNITED STATES OF AMERICA**  
vs.

**CRIMINAL COMPLAINT**

Case Number: 7:13-po-05254

Jose MARTINEZ  
IAE A200 942 266  
Mexico 1982

I, the undersigned complainant state that the following is true and correct to the best of my knowledge and belief. On or about **August 10, 2013** in **Hidalgo** County, in the **Southern District Of Texas** defendant(s) did, **Being then and there an alien, did, knowingly and unlawfully enter the United States at a place other than as designated by immigration officers;**

in violation of Title **8** United States Code, Section(s) **1325(a)(1)**

I further state that I am a(n) **Border Patrol Agent** and that this complaint is based on the following facts:

**Jose MARTINEZ was encountered by Border Patrol Agents near Mission, Texas on August 10, 2013. When questioned as to his citizenship, defendant stated that he was a citizen and national of the United Mexican States, who had entered the United States illegally on August 10, 2013 by rafting across the Rio Grande River near the Hidalgo, Texas Port of Entry.**

**I DECLARE UNDER PENALTY OF PERJURY THAT THE STATEMENTS IN THIS COMPLAINT ARE TRUE AND CORRECT.**

Continued on the attached sheet and made a part of this complaint:   ☐ Yes   ☒ No

/S/ Gonzalez., Rogelio   Border Patrol Agent  
Signature of Complainant

Gonzalez., Rogelio   Border Patrol Agent  
Printed Name of Complainant

Sworn to before me and signed in my presence,

August 11, 2013                                                     at   McAllen, Texas  
Date                                                                       City/State

Peter E Ormsby       U.S. Magistrate Judge  
Name of Judge        Title of Judge                                        Signature of Judge